**Sulaiman Law Group, Ltd.**
Alexander J. Taylor (Cal. Bar No. 332334)
2500 S. Highland Ave.,
Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. MACARTHUR,<br><br>Plaintiff,<br><br>v.<br><br>OLLO CARD SERVICES d/b/a THE BANK OF MISSOURI, EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.  8:22-cv-01966-DOC-ADS |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that KEVIN D. MACARTHUR ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES, LLC, have settled all claims in this matter, as to EQUIFAX INFORMATION SERVICES, LLC, and are in the process of completing

1

the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

DATED: March 10, 2023                    Respectfully submitted,

**KEVIN D. MACARTHUR**
By: */s/ Alexander J. Taylor*

**Sulaiman Law Group, Ltd.**
Alexander J. Taylor (Cal. Bar No. 332334)
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq

2