JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:22-cv-01966-DOC-ADS                                     Date:  March 13, 2023

Title: KEVIN D. MACARTHUR V. OLLO CARD SERVICES ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER SUA SPONTE STAYING CASE**

The Court is in receipt of Plaintiff Kevin D. Macarthur's Notice of Settlement. (Dkt. 28). The Court on its own motion **STAYS** the instant action pending settlement. The parties are further **ORDERED** to file a joint status report or otherwise file a dismissal on or before May 12, 2023.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                   Initials of Deputy Clerk: kdu

CIVIL-GEN